IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TOMMY PEARSON,<br><br>  Plaintiff,<br><br>    v.<br><br>SUPERIOR COURT OF DOUGLAS COUNTY, et al.,<br><br>  Defendants. | CIVIL ACTION FILE<br>NO. 1:16-CV-2615-TWT |

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending dismissing the action for failure to state a plausible claim for relief. The Court has no authority to issue a mandamus to state officials. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 6 day of October, 2016.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\16\Pearson\16cv2615\r&r.wpd